JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mauricio E. Tawil, an individual, Elia M. Tawil, individually and as Trustee of the Elia M. Tawil Revocable Trust<br><br>Plaintiffs,<br><br>vs.<br><br>Security Mutual Life Insurance Company of New York, a corporation, Runyon Capital Corporation, a corporation, Eagil Life Settlements, LLC, a Limited Liability Company, Eagil Financial Group, LLC, a Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 12-00321 R (CWx)<br><br>HON. MANUEL L. REAL<br><br>**ORDER FOR DISMISSAL** |

///
///
///
///
///
///

1     Pursuant to a stipulation of the parties and good cause appearing, it is hereby ordered that the above captioned matter is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  April 12, 2012

                      HON. MANUEL L. REAL
                      United States District Judge

301786648.1