JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mauricio E. Tawil, an individual, Elia M. Tawil, individually and as Trustee of the Elia M. Tawil Revocable Trust<br><br>Plaintiffs,<br><br>vs.<br><br>Security Mutual Life Insurance Company of New York, a corporation, Runyon Capital Corporation, a corporation, Eagil Life Settlements, LLC, a Limited Liability Company, Eagil Financial Group, LLC, a Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 12-00321 R (CWx)<br><br>HON. MANUEL L. REAL<br><br>**ORDER FOR DISMISSAL** |

///
///
///
///
///
///

1  Pursuant to a stipulation of the parties and good cause appearing, it is
2 hereby ordered that the above captioned matter is dismissed with prejudice in its
3 entirety, with each party to bear its own attorneys' fees and costs.

4

5  **IT IS SO ORDERED.**

6

7

8  Dated: April 12, 2012   _____
9  HON. MANUEL L. REAL
   United States District Judge

10

11

12  301786648.1